UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANSI LIU,<br><br>Plaintiff,<br><br>v.<br><br>UR M. JADDOU, Director of the United States Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | No. 5:24-cv-01233-KK-SHK<br><br>**ORDER ON DEFENDANTS' MOTION TO DISMISS**<br><br>**NOTE CHANGES BY COURT**<br><br><br>Honorable Kenly Kiya Kato<br>United States District Judge |

UPON CONSIDERATION of Defendants' motion to dismiss, the papers filed in support, Plaintiff's failure to file an Opposition[1] and the entire record herein, it is hereby:

///

///

---

[1] To date, Plaintiff has failed to file an opposition to the Motion. The Court, thus, deems this failure to file an opposition as consent to the granting of the Motion. See Local Rule 7-12 ("[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion.").

Case 5:24-cv-01233-KK-SHK    Document 18    Filed 12/02/24    Page 2 of 2    Page ID #:194

| | |
|---|---|
| 1 | ORDERED that Defendants' motion is GRANTED; and it is further |
| 2 | ORDERED that this action is DISMISSED WITHOUT PREJUDICE. |
| 3 | **IT IS SO ORDERED**. **(JS-6)** |

Dated: December 2, 2024

Hon. Kenly Kiya Kato
United States District Judge